# UNITED STATES DISTRICT COURT
# EASTERN OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.244.37.50,<br><br>　　　　Defendant. | Case No.: 2:18-cv-01008-MCE-GGH<br><br>ORDER |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby orders as follows:

A number of these cases involving copyright infringement have been filed in this district and all related to District Judge England and the undersigned. Previously, the court ordered a mechanism which could provide for the speedy resolution of many, if not all of the cases. In this case, it apparently took approximately a month to issue the subpoena to the ISP designed only to receive a name associated with the ISP number. The length of time given the ISP provider to simply identify the persons associated with an ISP number (approximately 45 days in each case) was inordinately long. These delays are frustrating the

1

[Proposed] Order on *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

Case No. 2:18-cv-01008-MCE-GGH

intended efficient process.  While this district does not have a rocket docket, neither does it approve of a slow crawl in disposing of cases.

The court is advised that the ISP will respond to the issued subpoena on or about August 27, 2018.  Plaintiff has 30 days from that date in which to initially serve the court's order as previously directed on the person identified with the ISP address.

IT IS SO ORDERED.

Dated: July 29, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order on *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

Case No. 2:18-cv-01008-MCE-GGH